# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| CHIQUITA J. SIMPKINS | * | |
| v. | * | Civil No. – JFM-17-1506 |
| MCCABE, WEISBERG & CONWAY, ET AL | * | |

## MEMORANDUM

Chiquita J. Simpkins has filed this action against Ocwen Loan Servicing, LLC and McCabe, Weisberg & Conway, LLC. Defendants have each filed a motion to dismiss the complaint with prejudice. Plaintiff has not responded to the motion after being advised of the consequences of a failure to do so.

Defendants' motions will be granted. Plaintiff's claims are barred by the doctrine of *res judicata* because the Circuit Court for Anne Arundel County ratified the foreclosure sale on June 13, 2016, denied all relief requested by plaintiff in numerous motions challenging the foreclosure, issued an order ratifying the report of the auditor on October 5, 2016, and issued a writ of possession to the foreclosure purchaser on January 17, 2017. *Anyanwutaku v. Fleet Mortgage Grp., Inc.*, 85 F. Supp. 2d 566, 570 (D. Md. 2000).

A separate order of dismissal is being entered herewith.

Date: August 30, 2017

J. Frederick Motz
United States District Judge